AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CLIFFORD DIONE OLD-HORN,<br><br>*Plaintiff*<br>v.<br><br>SPOKANE COUNTY DETENTION CENTER, MICHAEL SPARBER, and SPOKANE POLICE DEPARTMENT,<br>*Defendant* | Civil Action No. 2:19-cv-00159-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** IT IS ORDERED that the complaint, ECF No. 1, is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.

Date: October 23, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore